Exhibit A to the Complaint

**Location:** Walkersville, MD  
**Total Works Infringed:** 29  
**IP Address:** 73.201.39.188  
**ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 42FB29936F0773461AB894640E5895EE9B843742 | 04/06/2019 03:07:58 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 2 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | 09/22/2018 02:30:28 | Vixen | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 3 | 07D621EEA74765FC0981567F5C7C895B053E76C3 | 12/31/2017 03:59:24 | Vixen | 06/03/2017 | 07/07/2017 | PA0002070834 |
| 4 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | 12/31/2017 03:45:00 | Vixen | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 5 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | 08/18/2017 13:18:55 | Vixen | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 6 | 21D171DF7EFFBC46E8986EE3848E3B5A4E4C26AB | 08/25/2018 04:15:19 | Tushy | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 7 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | 01/19/2019 04:24:34 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 8 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | 10/06/2017 02:03:57 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 9 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 03/09/2019 03:13:18 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 10 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | 08/04/2017 02:21:12 | Tushy | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 11 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | 12/28/2017 04:23:00 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 12 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 02/16/2019 02:11:17 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 13 | 3FF22A421980221B4715D8B9CAB464DBAEA46212 | 04/06/2019 00:32:50 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 14 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | 03/02/2019 03:02:12 | Tushy | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 15 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 01/19/2019 04:22:17 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 16 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | 10/13/2017 02:00:26 | Tushy | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 17 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | 04/06/2019 03:07:23 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 64683F0353A903719B39E742A35B975B17849BF7 | 07/29/2017 01:11:01 | Vixen | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 19 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | 07/29/2017 01:10:45 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 20 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | 09/22/2017 02:01:03 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 21 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | 08/18/2017 13:29:01 | Vixen | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 22 | A6BF38B8CCADD3D831C561A01488AE68E0D9D334 | 11/10/2018 03:37:44 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 23 | B219D12248F1CA666493E6415186170418E22D01 | 12/08/2017 04:44:07 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 24 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | 09/30/2018 02:47:25 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 25 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | 04/20/2018 02:17:25 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 26 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 05/18/2018 02:36:41 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 27 | D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4 | 05/28/2018 02:09:14 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 28 | F9007BDB1432744206E0B50B8EDB45D91F06EA40 | 08/04/2017 02:29:09 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 29 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | 01/19/2019 04:18:19 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |