FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Approved

2019 SEP 17 PM 5:48 /s/ ELH

CLERK'S OFFICE
AT BALTIMORE

USDJ 9/17/19

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

STRIKE 3 HOLDINGS, LLC, )
                                    )
      Plaintiff,                      )     Civil Case No. 1:19-cv-02160-ELH
                                    )
v.                                            )
                                    )
JOHN DOE subscriber assigned IP address )
73.201.39.188,                       )
                                    )
      Defendant.                  )
_____)

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.201.39.188, are voluntarily dismissed with prejudice.

Dated: September 17, 2019            Respectfully submitted,

                                                By: */s/ Elsy Ramos Velasquez*
                                                Elsy Ramos Velasquez, Esq.
                                                eramosvelasquez@clarkhill.com
                                                Clark Hill PLC
                                                1001 Pennsylvania Ave NW
                                                Suite 1300 South
                                                Washington, DC 20004
                                                Tel.: 202-552-2357
                                                Fax: 202-552-2381
                                                *Attorneys for Plaintiff*